

# NUMBER 13-21-00023-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.F.R.G., A CHILD

On appeal from the County Court at Law
of Aransas County, Texas.

# ORDER

**Before Justices Benavides, Hinojosa, and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. Appellant J.J.G. filed his brief on February 16, 2021, and appellee's brief was due on March 8, 2021. Appellee has filed a motion for extension of time seeking twenty days of additional time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that

appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P.38.6(d).

We GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before March 29, 2021. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Delivered and filed on the
5th day of March, 2021.